WILLIAM L. STERN (CA SBN 96105)
WStern@mofo.com
CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
LISA A. WONGCHENKO (CA SBN 281782)
LWongchenko@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYM PARDINI, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV13-1675 SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**<br><br>CMC: July 19, 2013<br>Time: 10:00 a.m.<br>Judge: Hon. Samuel Conti<br>Action Filed: April 12, 2013 |

Pursuant to Civil Local Rule 6-1, Plaintiff Kym Pardini ("Plaintiff"), on behalf of herself and all others similarly situated, and Defendant Unilever United States ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on April 12, 2013, Plaintiff filed a Class Action Complaint (the "Complaint") and served Defendant with the Complaint on April 16, 2013;

WHEREAS, on May 14, 2013, Defendant filed a Motion to Dismiss the Complaint, and on June 19, 2013, the Court issued a notice vacating the hearing on the Motion to Dismiss;

WHEREAS, the initial Case Management Conference is currently scheduled for July 19, 2013; and

WHEREAS, the parties agree that in light of the pending Motion to Dismiss, the Case Management Conference should be continued to a date after the Court rules on the Motion to Dismiss because, until the pleadings are settled, it is premature to set dates for further proceedings.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, subject to court approval, that pursuant to Local Rule 6-1(b), the Case Management Conference shall be continued to a date after the Court rules on the pending Motion to Dismiss.

Dated: June 27, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
WILLIAM L. STERN

Attorneys for Defendant
UNILEVER UNITED STATES, INC

Case3:13-cv-01675-SC Document22 Filed06/28/13 Page3 of 4

Dated: June 27, 2013

STEVE W. BERMAN
SHANA E. SCARLETT
HAGENS BERMAN SOBOL SHAPIRO LLP

UREKA E. IDSTROM
THE EUREKA LAW FIRM

By: */s/ Ureka E. Idstrom*
UREKA E. IDSTROM

Attorneys for Plaintiff

STIPULATION CONTINUING THE CMC
CASE NO. CV13-1675 SC
sf-3302326

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION CONTINUING THE CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45, X.B., I hereby attest that Ureka E. Idstrom has concurred in this filing.

Dated: June 27, 2013

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: */s/ William L. Stern*
WILLIAM L. STERN

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 06/27/2013

SAMUEL CONTI
United States District Judge

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
Judge Samuel Conti