1   WILLIAM L. STERN (CA SBN 96105)
    WStern@mofo.com
2   CLAUDIA M. VETESI (CA SBN 233485)
    CVetesi@mofo.com
3   LISA A. WONGCHENKO (CA SBN 281782)
    LWongchenko@mofo.com
4   MORRISON & FOERSTER LLP
    425 Market Street
5   San Francisco, California  94105-2482
    Telephone: 415.268.7000
6   Facsimile: 415.268.7522

7   Attorneys for Defendant
    UNILEVER UNITED STATES, INC.

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12

| KYM PARDINI, an individual, on her own behalf and on behalf of all others similarly situated, | Case No. CV13-1675 SC |
| Plaintiff, | **STIPULATION MODIFYING BRIEFING SCHEDULE** |
| v. | |
| UNILEVER UNITED STATES, INC., a Delaware corporation, | Judge:  Samuel Conti<br>Action Filed:  April 12, 2013 |
| Defendant. | |

1       Pursuant to Civil Local Rule 6-1(b), Plaintiff Kym Pardini ("Plaintiff"), on behalf of

2   herself and all others similarly situated, and Defendant Unilever United States ("Defendant"),

3   through their undersigned counsel, hereby stipulate as follows:

4       WHEREAS, on August 8, 2013, Plaintiff filed an Amended Complaint;

5       WHEREAS, Defendant's response to the Amended Complaint would be due on August

6   26, 2013; and

7       WHEREAS, the parties jointly request additional time to brief the issues raised in the

8   Amended Complaint and agree to a thirty-day extension for Defendant to respond to the

9   Amended Complaint;

10       WHEREAS, should Defendant file a motion to dismiss, the parties agree that Plaintiff

11   will have 30 days to respond to that motion and Defendant will have 21 days to reply.

12       IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel,

13   subject to Court approval, that pursuant to Local Rule 6-1(b), Defendant shall have an additional

14   30 days to respond to Plaintiff's Amended Complaint, up to and including September 25, 2013.

15   Should Defendant file a motion to dismiss, Plaintiff's response is due within 30 days, by

16   October 25, 2013, and Defendant's reply is due within 21 days, by November 15, 2013.

17

18   Dated: August 13, 2013              WILLIAM L. STERN
                                     CLAUDIA M. VETESI

19                                 LISA A. WONGCHENKO
                                     MORRISON & FOERSTER LLP

20

21                                 By: /s/ *William L. Stern*
                                         WILLIAM L. STERN

22                                 Attorneys for Defendant

23                                 UNILEVER UNITED STATES, INC

24

25



26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: August 13, 2013

STEVE W. BERMAN
SHANA E. SCARLETT
HAGENS BERMAN SOBOL SHAPIRO LLP

UREKA E. IDSTROM
THE EUREKA LAW FIRM

By: /s/ *Ureka E. Idstrom*
　　　UREKA E. IDSTROM

Attorneys for Plaintiff