1  WILLIAM L. STERN (CA SBN 96105)
   WStern@mofo.com
2  CLAUDIA M. VETESI (CA SBN 233485)
   CVetesi@mofo.com
3  LISA A. WONGCHENKO (CA SBN 281782)
   LWongchenko@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendant
   UNILEVER UNITED STATES, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | KYM PARDINI and CARRIE WOOD, on behalf of themselves and all others similarly situated, | Case No. CV13-1675 SC
14 | | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE**
15 | Plaintiff, |
16 | v. |
17 | UNILEVER UNITED STATES, INC., a Delaware corporation, | CMC: April 18, 2014
18 | | Time: 10:00 a.m.
   | Defendant. | Judge: Hon. Samuel Conti
19 | | Action Filed: April 12, 2013

STIPULATION CONTINUING THE CMC
CASE NO. CV13-1675 SC
sf-3399842

1    Pursuant to Civil Local Rule 6-1, Plaintiffs Kym Pardini and Carrie Wood ("Plaintiffs"), on behalf of themselves and all others similarly situated, and Defendant Unilever United States, Inc. ("Defendant"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on January 22, 2014, this Court issued an Order granting in part and denying in part Defendant's motion to dismiss the Second Amended Complaint (SAC);

WHEREAS, on March 3, 2014, Defendant filed its Answer to the SAC;

WHEREAS, on March 10, 2014, the Court scheduled an initial Case Management Conference for April 18, 2014;

WHEREAS, the parties have agreed to mediate in order to try to resolve the remaining claims in the case; and

WHEREAS, the parties agree that in light of the decision to try to resolve the case through mediation, the Case Management Conference should be continued to a date after the mediation, should it be necessary at all.  The parties agree that a litigation schedule is premature at this time.

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, subject to court approval, that pursuant to Local Rule 6-1(b), the Case Management Conference shall be continued to a date after the mediation if necessary.

Dated: March 28, 2014                    WILLIAM L. STERN
                                         CLAUDIA M. VETESI
                                         LISA A. WONGCHENKO
                                         MORRISON & FOERSTER LLP

                                         By:  /s/ *William L. Stern*
                                              WILLIAM L. STERN

                                         Attorneys for Defendant
                                         UNILEVER UNITED STATES, INC

| | | |
|---|---|---|
| 1 | Dated: March 28, 2014 | STEVE W. BERMAN |
| 2 | | LEE M. GORDON |
| | | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | | |
| | | UREKA E. IDSTROM |
| 4 | | THE EUREKA LAW FIRM |
| 5 | | By:  /s/ *Lee M. Gordon* |
| 6 | | LEE M. GORDON |
| 7 | | Attorneys for Plaintiffs |

STIPULATION CONTINUING THE CMC
CASE NO. CV13-1675 SC
sf-3399842

**ECF ATTESTATION**

I, William L. Stern, am the ECF User whose ID and password are being used to file the following: **STIPULATION CONTINUING THE CASE MANAGEMENT CONFERENCE**. In compliance with General Order 45, X.B., I hereby attest that Lee M. Gordon has concurred in this filing.

Dated: March 28, 2014

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA A. WONGCHENKO
MORRISON & FOERSTER LLP

By: /s/ *William L. Stern*
    WILLIAM L. STERN

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference shall be continued to Friday, August 8, 2014 at 10:00 a.m.

DATED: 03/31/2014

SAMUEL CONTI
United [States District Judge]

*IT IS SO ORDERED AS MODIFIED*
Judge Samuel Conti

STIPULATION CONTINUING THE CMC
CASE NO. CV13-1675 SC
sf-3399842