STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

LEE M. GORDON (SBN 174168)
lee@hbsslaw.com
ELAINE T. BYSZEWSKI (SBN 222304)
elaine@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
     -and-
UREKA E. IDSTROM (*pro hac vice*)
uidstrom@eurekalawfirm.com
THE EUREKA LAW FIRM
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KYM PARDINI and CARRIE WOOD, on behalf of themselves and all others similarly situated,<br><br>                                Plaintiff,<br><br>     v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>                                Defendant. | Case No. 3:13-CV-01675-SC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER SETTING CLASS CERTIFICATION SCHEDULE** |

Case No.:3:13-CV-01675-SC
_____

1    Pursuant to the August 6, 2014, Clerk's Notice Vacating Case Management Conference
2    (ECF No. 49), Plaintiffs Kym Pardini and Carrie Wood on behalf of themselves and all others
3    similarly situated, and Defendant Unilever United States, Inc., through their undersigned counsel,
4    hereby stipulate as follows:

    WHEREAS, on August 6, 2014 the Clerk issued a Notice directing counsel to meet and
confer regarding a proposed schedule for the Motion for Class Certification; and

    WHEREAS, counsel for the respective parties have conferred regarding a proposed
schedule for the Motion for Class Certification;

    THE PARTIES HEREBY STIPULATE AND AGREE, through their counsel, and subject
to court approval, to the following proposed schedule for the Motion for Class Certification:

| Event | Proposed Due Date |
| --- | --- |
| Plaintiffs' Motion for Class Certification | February 13, 2015 |
| Defendant's Response | April 14, 2015 |
| Plaintiffs' Reply | June 12, 2015 |
| Hearing on Class Certification | ~~July 3, 2015 at 10:00 a.m~~. [*or at the Court's discretion on _____, 2015 at _____*] |

DATED: August 29, 2014          LEE M. GORDON
                                ELAINE T. BYSZEWSKI
                                STEVE W. BERMAN
                                HAGENS BERMAN SOBOL SHAPIRO LLP

                                UREKA E. IDSTROM
                                THE EUREKA LAW FIRM

                                By:   /s/ Lee M. Gordon
                                        LEE M. GORDON

                                *Attorneys for Plaintiffs and the Proposed Class*

STIPULATION AND [PROPOSED] ORDER SETTING
CLASS CERTIFICATION SCHEDULE
3:13-CV-01675-SC                         -1-

010360.12 687847v1

DATED: August 29, 2014

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA WONGCHENKO
MORRISON & FOERSTER LLP

By:  /s/ William L. Stern
         WILLIAM L. STERN

*Attorneys for Defendant Unilever United States, Inc.*

## ATTESTATION OF LEE M. GORDON

I, Lee M. Gordon, am the ECF User whose ID and password are being used to file the following:   STIPULATION AND PROPOSED ORDER SETTING CLASS CERTIFICATION SCHEDULE, and pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

          /s/ Lee M. Gordon
          LEE M. GORDON

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' Motion for Class Certification shall be filed no later than February 13, 2015; Defendant's Response shall be filed no later than April 14, 2015; Plaintiffs' Reply shall be filed no later than June 12, 2015; and the hearing on Class Certification shall take place on     Tuesday, July 7 , 2015 at   10:00 AM  .

DATED:  09/03/2014                            _____
                                              HONORABLE SAMUEL CONTI
                                              UNITED STATES DISTRICT JUDGE