STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

LEE M. GORDON (SBN 174168)
lee@hbsslaw.com
ELAINE T. BYSZEWSKI (SBN 222304)
elaine@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
         -and-
UREKA E. IDSTROM (*pro hac vice*)
uidstrom@eurekalawfirm.com
THE EUREKA LAW FIRM
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KYM PARDINI and CARRIE WOOD, on behalf of themselves and all others similarly situated,<br><br>                                    Plaintiff,<br><br>   v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>                                    Defendant. | Case No. 3:13-CV-01675-SC<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING CLASS CERTIFICATION SCHEDULE** |

1    WHEREAS, on August 18, 2014, Plaintiffs propounded their first set of requests for
2    production of documents to Defendant Unilever United States, Inc.;
3    WHEREAS, on September 3, 2014 this Court entered an Order setting a briefing schedule
4    for Plaintiffs' Motion for Class Certification;
5    WHEREAS, Defendant has worked diligently to identify, collect, and review materials in
6    response to Plaintiffs' production requests;
7    WHEREAS, despite Defendant's ongoing efforts, Defendant has not yet commenced its
8    production of documents;
9    WHEREAS, Defendant anticipates commencing its production on a rolling basis in January
10   2015, subject to entry of a mutually agreeable protective order;
11   WHEREAS, absent modification of the current certification briefing schedule, Plaintiffs'
12   Motion for Class Certification would be due in February 2015;
13   WHEREAS, counsel for the respective parties have conferred regarding the certification
14   briefing schedule in this case;
15   WHEREAS, the parties recognize that Plaintiffs need a reasonable opportunity to review
16   Defendant's production of documents prior to taking Defendant's deposition and in advance of
17   filing a certification motion;
18   WHEREAS, in light of the foregoing, the Parties agree that good cause exists to extend the
19   briefing schedule for Plaintiff's Motion for Class Certification by approximately ninety (90) days;
20   NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, through
21   their counsel, and subject to court approval, to the following proposed schedule for the Motion for
22   Class Certification:

| Event | Proposed Due Date |
| --- | --- |
| Plaintiffs' Motion for Class Certification | May 13, 2015 |
| Defendant's Response | July 14, 2015 |

| Plaintiffs' Reply | September 11, 2015 |
|---|---|
| Hearing on Class Certification | October 13, 2015 at 10:00 a.m. [*or at the Court's discretion on _____, 2015 at _____*] |

DATED: December 22, 2014

LEE M. GORDON
ELAINE T. BYSZEWSKI
STEVE W. BERMAN
HAGENS BERMAN SOBOL SHAPIRO LLP

UREKA E. IDSTROM
THE EUREKA LAW FIRM

By:   /s/ Lee M. Gordon
         LEE M. GORDON

*Attorneys for Plaintiffs and the Proposed Class*

DATED: December 22, 2014

WILLIAM L. STERN
CLAUDIA M. VETESI
LISA WONGCHENKO
MORRISON & FOERSTER LLP

By:   /s/ William L. Stern
         WILLIAM L. STERN

*Attorneys for Defendant Unilever United States, Inc.*

### ATTESTATION OF LEE M. GORDON

I, Lee M. Gordon, am the ECF User whose ID and password are being used to file the following:   STIPULATION AND PROPOSED ORDER EXTENDING CLASS CERTIFICATION SCHEDULE, and pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

         /s/ Lee M. Gordon
         LEE M. GORDON

STIPULATION AND [PROPOSED] ORDER MODIFYING
CLASS CERTIFICATION SCHEDULE
3:13-CV-01675-SC                                     -2-

010360.12 687847v1

1  **[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs' Motion for Class

3  Certification shall be filed no later than May 13, 2015; Defendant's Response shall be filed no later

4  than July 14, 2015; Plaintiffs' Reply shall be filed no later than September 11, 2015; and the

5  hearing on Class Certification shall take place on _____October 23_____, 2015 at __10:00 a.m.__.

7  DATED: __01/05/2015__



HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER MODIFYING
CLASS CERTIFICATION SCHEDULE
3:13-CV-01675-SC                    -3-

010360.12 687847v1