| | |
|---|---|
| 1 | CLAUDIA M. VETESI (CA SBN 233485) |
| | CVetesi@mofo.com |
| 2 | ALEXANDRA LAKS (CA SBN 291861) |
| | ALaks@mofo.com |
| 3 | CLAIRE BONELLI (CA SBN 317735) |
| | CBonelli@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile: 415.268.7522 |

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYM PARDINI and CARRIE WOOD on behalf of themselves and all others similarly situated, | Case No.   3:13-CV-01675-JSW |
| Plaintiffs, | [~~PROPOSED~~] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION (RE DKT. NOS. ~~24 & 36~~) |
| v. | 76 & 78 |
| UNILEVER UNITED STATES, INC., a Delaware corporation, | |
| Defendant. | |

The Court, having considered Defendant Unilever United States, Inc.'s Opposition to Plaintiffs' Motion for Leave to File a Motion for Reconsideration (Dkt. Nos. 24 & 36), and having reviewed the papers submitted by the parties related to Plaintiffs' Motion, finds that Plaintiffs have failed to provide adequate grounds for their request to file a motion for reconsideration under Local Rule 7-9, and rules as follows:

 1. Plaintiffs' request is denied for failure to show reasonable diligence in bringing *Lilly v. ConAgra Foods, Inc.*, 743 F.3d 662 (9th Cir. 2014) and *Astiana v. Hain Celestial Grp., Inc.*, 783 F.3d 753 (9th Cir. 2015) in a timely manner.

 2. Plaintiffs' request is denied for failure to show "a change in law" under Local Rule 7-9(b)(2). or a change that would affect the Court's prior rulings.

The case management conference is RESET for April 13, 2018 at 11:00 a.m.

 IT IS HEREBY ORDERED that Plaintiffs' Motion is DENIED.

Dated: April 4, 2018

                 */s/ Jeffrey S. White*
                 HONORABLE JEFFREY S. WHITE
                 United States District Court Judge

[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
CASE NO. 3:13-CV-01675-JSW
sf-3879723

1