CLAUDIA M. VETESI (CA SBN 233485)
CVetesi@mofo.com
CAMILA TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
UNILEVER UNITED STATES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| KYM PARDINI AND CARRIE WOOD, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNILEVER UNITED STATES, INC., a Delaware corporation,<br><br>Defendant. | Case No. 4:13-cv-01675-JSW<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY SPENCER MCMANUS**<br><br>Judge:   Hon. Jeffrey S. White<br>Action Filed:   April 12, 2013 |

TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned respectfully requests that Spencer McManus, formerly Morrison & Foerster LLP, be withdrawn as counsel of record for Defendant Unilever United States, Inc.  As of July 2, 2021, Mr. McManus is no longer associated with Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105.  Other counsel of record from Morrison & Foerster LLP Defendant Unilever United States, Inc. in this matter.  As such, the withdrawal of Mr. McManus will cause no prejudice to any party.

Dated:  July 2, 2021

CLAUDIA M. VETESI
CAMILA TAPERNOUX
MORRISON & FOERSTER LLP

By: */s/ Claudia M. Vetesi*
Claudia M. Vetesi

Attorneys for Defendants
UNILEVER UNITED STATES, INC.

NOTICE OF WITHDRAWAL
CASE NO. 4:13-cv-01675-JSW
sf-4505483

1