UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYM PARDINI, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNILEVER UNITED STATES, INC.,<br><br>          Defendant. | Case No. 13-cv-01675-JSW<br><br>**JUDGMENT** |

Pursuant to the Court's order issued this date granting Defendant Unilever United States, Inc.'s motion for summary judgment, the Court HEREBY ENTERS JUDGMENT in favor of Defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 27, 2021

_____
JEFFREY S. WHITE
United States District Judge